CITY OF SYRACUSE, Respondent, *v.* THOMAS HOGAN et al., Appellants. (No. 2.)

*Appeal — consideration of appeal rendered unnecessary by reason of decision of another case between same parties.*

.*City of Syracuse* v. *Hogan*, 201 App. Div. 874, appeal dismissed.

(Argued October 3, 1922; decided January 16, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 28, 1922, which affirmed an order of Special Term denying a motion for the settlement of issues and the trial thereof by jury.

*Thomas Hogan* for appellants.

*Frank J. Cregg,* Corporation Counsel (*Frank Hopkins* of counsel), for respondent.

Appeal dismissed, without costs, on ground that by reason of decision in *City of Syracuse* v. *Hogan No. 1* (234 N. Y. 457), consideration of this appeal has become unnecessary; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.